IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TODD M. HEYNE,<br><br>              Plaintiff,<br><br>vs.<br><br>MITSUBISHI MOTORS NORTH AMERICA, Inc.;  MITSUBISHI MOTORS CORPORATION, (Parent Company); UNKNOWN INSURANCE COMPANY OF MITSUBISHI MOTORS NORTH AMERICA INC.,  UNKNOWN INSURANCE COMPANY OF MITSUBISHI MOTOR CORPORATION,<br><br>              Defendants. | **8:12CV421**<br><br>**ORDER** |

      Pursuant to the Order dated August 19, 2013 (Filing No. 11), the plaintiff was instructed to serve his complaint on the defendants within 120 days of that Order.  To date, plaintiff has not filed any return of service indicating service on the defendants, and the defendants have not entered a voluntary appearance.

      Accordingly,

      IT IS ORDERED:

1)      The plaintiff is given until February 7, 2014, to serve his summons and complaint on the defendants, in the absence of which this case may be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution.

2)      The clerk shall set a case management deadline of February 17, 2014 to verify compliance with this order.

      Dated this 8th day of January, 2014.

      BY THE COURT:

      *s/ Cheryl R. Zwart*
      United States Magistrate Judge