IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TODD M. HEYNE,<br><br>            Plaintiff,<br><br>     vs.<br><br>MITSUBISHI MOTORS NORTH AMERICA, Inc.;  MITSUBISHI MOTORS CORPORATION, (Parent Company); UNKNOWN INSURANCE COMPANY OF MITSUBISHI MOTORS NORTH AMERICA INC.,  UNKNOWN INSURANCE COMPANY OF MITSUBISHI MOTOR CORPORATION,<br><br>            Defendants. | **8:12CV421**<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The plaintiff's motion, (Filing No. 14), is granted.

2) The plaintiff is granted an additional 45 days to serve his complaint and summons on the defendants.

3) The Clerk of Court shall send a copy of this Memorandum and Order together with four additional summons forms and four USM-285 forms to the plaintiff for service of process on the defendants.

4) The plaintiff shall, as soon as possible, complete the USM-285 forms and the summons forms and return them to the Clerk of the court. The Clerk of the court will sign the summons forms, to be forwarded with a copy of Plaintiff's Complaint to the U.S. Marshal for service of process. The Clerk of the court will copy the Complaint; Plaintiff's counsel need not to do so. The Marshal shall serve the summons and the Complaint without payment of costs or fees.

March 12, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge