IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TODD M. HEYNE,<br><br>            Plaintiff,<br><br>    vs.<br><br>MITSUBISHI MOTORS NORTH AMERICA, Inc.; MITSUBISHI MOTORS CORPORATION, (Parent Company); UNKNOWN INSURANCE COMPANY OF MITSUBISHI MOTORS NORTH AMERICA INC., UNKNOWN INSURANCE COMPANY OF MITSUBISHI MOTOR CORPORATION,<br><br>            Defendants. | **8:12CV421**<br><br>**MEMORANDUM AND ORDER** |

Pursuant to the court's order of March 12, 2014, plaintiff was given 45 days, or until April 28, 2014, to serve his summons and complaint on the defendant. (Filing No. 16). To date, plaintiff has not filed any return of service indicating service of the defendant, and the defendant has not voluntarily appeared.

Accordingly,

IT IS ORDERED that plaintiff shall have until May 30, 2014 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 14th day of May, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge