IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TODD M. HEYNE, | |
| Plaintiff, | 8:12-CV-421 |
| vs. | |
| MITSUBISHI MOTORS NORTH AMERICA, INC., et al., | MEMORANDUM AND ORDER |
| Defendants. | |

    This matter is before the Court on its own motion based on the case management deadline of October 21, 2014, set in the Court's Memorandum and Order of July 23, 2014 (filing 21). That deadline has passed, and the Court has received nothing to indicate that service of process has been accomplished pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, *opened for signature* Nov. 15, 1965, 20 U.S.T. 361 ("Hague Convention").

    But international service of process is not known for its efficiency. *See generally*, Permanent Bureau of the Hague Conference on Int'l Law, *Practical Handbook on the Operation of the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters* (3d ed. 2006) ("Practical Handbook"); Eric Porterfield, *Too Much Process, Not Enough Service: International Service of Process Under the Hague Service Convention*, 86 Temp. L. Rev. 331 (2014). Reliable information on how long it should take to serve process abroad is difficult to find, but the Court's research suggests that it usually takes 2 to 4 months, and often 6 months or more. *See* Porterfield, *supra*, at 332; *see also* Practical Handbook, *supra*, ¶¶ 155-57.

    Summons was issued by the Clerk of the Court on July 25, 2014 (filing 23) and for now, there is little to do but wait to see if and when service of process will be completed. The Court will set a new case management deadline to check on service of process.

- 2 -

IT IS ORDERED:

1. The Clerk of the Court shall reset the case management deadline in this case for January 26, 2015, with the following text: "Check completion of service of summons."

Dated this 5th day of November, 2014.

                                                  BY THE COURT:

                                                  John M. Gerrard
                                                  United States District Judge