IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TODD M. HEYNE, | |
| Plaintiff, | 8:12-CV-421 |
| vs. | JUDGMENT |
| MITSUBISHI MOTORS NORTH AMERICA, INC., et al., | |
| Defendants. | |

    For the reasons stated in the accompanying Memorandum and Order, the Court's Memorandum and Order of July 23, 2014 (filing 21), and the Court's Memorandum and Order of September 16, 2014 (filing 28), the plaintiff's complaint is dismissed, and this final judgment is entered pursuant to Fed. R. Civ. P. 55(a).

    Dated this 30th day of January, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge